IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARJIT BHAMBRA,

    Plaintiff,

  vs.                                    No. CIV. S-09-1097 LKK GGH PS

CLIFFORD NEWELL, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff, proceeding pro se, has requested that this action be dismissed.  Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed without prejudice.

        Accordingly, the Clerk of Court shall close this case.

DATED: July 29, 2009

                              /s/ Gregory G. Hollows

                              UNITED STATES MAGISTRATE JUDGE

GGH:076/Bhambra1097.59.wpd